*In re* LIC. ANÍBAL FLORES BETANCOURT.

*Número:* MC-85-37     *Resuelto:* 4 de abril de 1986

*Aníbal Flores Betancourt, pro se; Héctor Rivera Cruz, Secretario de Justicia, Rosa Negrón de Quiñones, Procuradora General Auxiliar,* abogados de El Pueblo.

PER CURIAM: El abogado Aníbal Flores Betancourt fue admitido a la práctica de la abogacía por este Tribunal el 29 de octubre de 1964, y al ejercicio del notariado el 16 de noviembre de 1964.

El 20 de mayo de 1985 la Juez de Distrito, Hon. Lourdes V. Velázquez Cajigas, nos remitió copia de una resolución emitida por ella el 15 de mayo de 1985 que, en lo pertinente, disponía lo siguiente:

Contra la Sra. Noemí Nieves Pérez, se radicaron cargos por apropiación ilegal agravada y por posesión y traspaso de documentos falsificados. Según los hechos imputados en la denuncia y la prueba desfilada en la vista preliminar por el Ministerio Público, la señora Nieves, con conocimiento de su falsedad, traspasó un documento de los especificados en el Artículo 272 del Código Penal como genuino o verdadero. El documento en cuestión, es el de traspaso de vehículo de motor (el dorso de la licencia de vehículo de motor) cuya licencia dice que el dueño del mismo lo es Víctor Martínez Hernández (se incluye copia de las denuncias y del documento de traspaso). Declaró como testigo de cargo el Lcdo. Aníbal Flores Betancourt. En medio del contra-interrogatorio del Lcdo. Malavé, le indicó al Tribunal que le iba a hacer una pregunta al Lcdo. Flores, para la cual solicitaba [que] se le hiciesen las advertencias de ley, porque entendía que la respuesta que podía dar el Lcdo. Flores, podía incriminarle. Esta juez, le preguntó al Lcdo. Flores, sobre el particular a lo que éste manifestó que no necesitaba [que] se le hicieran las advertencias de ley y que deseaba contestar la

pregunta. La pregunta que le hizo el Lcdo. Malavé, fue la siguiente: ¿Si él (Lcdo. Flores) había firmado el documento de traspaso de vehículo de motor en lugar del vendedor; documento en que a su vez él había sido el notario suscribiente? El Lcdo. Flores, contestó que sí. Esto significa que el Lcdo. Flores Betancourt, además de ser el notario ante quien se juramentó el documento, fue quien estampó la supuesta firma de Víctor M. Martínez Hernández. Este último declaró en la vista preliminar que nunca suscribió documento de traspaso ante el Lcdo. Flores Betancourt, que vendió su vehículo a una persona de nombre Carlos M. López Nieves.

Ordenamos al Procurador General investigar la conducta profesional del licenciado Flores Betancourt y rendirnos un informe con sus recomendaciones. El 21 de junio de 1985 el Procurador General rindió su informe de donde surge que el querellado admite haber cometido el error señalado por la Juez Velázquez Cajigas. El 3 de julio de 1985 concedimos término al notario para mostrar causa por la cual no deba ser separado permanentemente de la notaría. Ha comparecido y admite la falta, añadiendo que "en la práctica muchas veces uno se aparta de las normas por mejorar y ayudar a otros. En este caso pude hacer traspaso ex parte o sea una declaración jurada donde la declarante declara [sic] que desconoce el paradero del vendedor y Obras Públicas lo acepta; pero teniendo conocimiento este notario que no se debe obligar a una persona a mentir, fue que [op]té por firmar el affidavit".

La impropiedad e ilegalidad de la conducta del notario es evidente. Acusa un menosprecio total de los valores que debe tener todo notario al ejercer esta función pública. Si grave es autenticar unas firmas tomadas ante otra persona, aunque de la confianza del notario, (¹) más grave aún es estampar su propia firma en sustitución de otra.

La conducta señalada revela que el licenciado Flores Betancourt es indigno de ser notario.

---

(¹) *In re Echevarría González,* 116 D.P.R. 423 (1985).

*Se dispondrá la separación inmediata del querellado, Lic. Aníbal Flores Betancourt, del ejercicio del notariado. Se ordenará al Alguacil General de este Tribunal que proceda sin dilación a incautarse de los protocolos y obra notarial del querellado.*

Los Jueces Asociados Señores Negrón García y Alonso Alonso no intervinieron.